AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>GERALD KENDRICK OXNER<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )   Case No. 5:22-mj-00035 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 21, 2021 in the county of Warren in the Western District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(a)(1)(A) | it is unlawful to make a false statement during the purchase of a firearm. |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

/s/ Bernard Mensah
*Complainant's signature*

Bernard Mensah, Special Agent
*Printed name and title*

Received by reliable electronic means and sworn and attested to by telephone.

Date: 6/6/22

*Judge's signature*

City and state: Charlottesville, Virginia

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*